381 P.2d 210

**SALT LAKE CITY, a Municipal Corporation of the State of Utah, Plaintiff,**

**v.**

**Marcellus K. SNOW, Judge, and The Third Judicial District Court In And For Salt Lake County, Defendants.**

**No. 9883**

Supreme Court of Utah.

May 14, 1963.

Homer Holmgren, City Atty., Salt Lake City, Leon A. Halgren, Asst. City Atty., Salt Lake City, for plaintiff.

Grant Macfarlane, Jr., Salt Lake City, for defendants.

PER CURIAM.

Salt Lake City petitions this Court for a writ of prohibition enjoining the Third Judicial District Court from entertaining an appeal from a conviction in the City Court in the case of Salt Lake City v. Leo N. Mosher.

The question presented is whether the District Court was without jurisdiction because the defendant, although filing his notice of appeal within the prescribed 30-day period, did not file the undertaking until after that period had expired.[1]

4. Park v. Jameson, 12 Utah 2d 141, 364 P.2d 1.

1. 77–57–38 and 39, U.C.A.1953.

In denying the City's petition, we do so solely upon the ground that it presents no case of manifest necessity which would warrant this Court to entertain this extraordinary writ.[2]

Petition denied.   No costs awarded.

2.  Van Cott v. Turner, 88 Utah 535, 56 P.2d 16.